

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ISAIAH SOLOMON, JR.**　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　**NO. 04-3375**

**JAMES D. MILLER, JR., ET AL.**　　　　　　　　　　　**SECTION "F" (1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for entry of default judgment is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE